AO 442 (Rev. 11/11) Arrest Warrant

FID: 1140450

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| United States of America | ) |
| v. | ) |
| Johnnie Charleston Shipp | ) Case No. 1:22MJ219-1 |
| | ) 1:22CR172-1 |
| | ) |
| | ) |
| Defendant | ) |

FILED
in the Middle District of
North Carolina
May 16, 2022
4:30 pm
Clerk, US District Court
By: dmk

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Johnnie Charleston Shipp,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Violation of 18 United States Code 2250 - Failure to Register as a Sex Offender

Date: 5/16/2022 3:51PM

*Issuing officer's signature*

City and state: Durham, North Carolina

Honorable Joe L. Webster, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 05-17-2022, and the person was arrested on (date) 11-29-2022
at (city and state) Winston Salem, NC

Date: 11-29-2022

RECEIVED
MAY 17 2022

*Arresting officer's signature*

ART Goody Dus
*Printed name and title*

US Marshals Service, M NC

Case 1:22-mj-00219-JLW  Document 2  Filed 05/16/22  Page 1 of 1

Case 1:22-cr-00172-UA  Document 11  Filed 12/05/22  Page 1 of 1